IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

CRIMINAL CASE NO. 3:14-cr-93-DCB-FKB

JOE DALE WALKER                                                             DEFENDANT

## ORDER

      Before the court is the government's second motion to continue sentencing on grounds that the government is in the process of gathering information in order to accurately determine appropriate restitution in this matter.  The court is inclined to proceed with sentencing and postpone the restitution issue for another day as permitted by the rules.  However, the court is open to argument as to why sentencing and restitution should occur simultaneously.  In order to be properly informed, the court will be available to the parties for a telephone conference, if the parties desire, at 10:00 a.m. on Tuesday, January 6, 2015, or at such other time on Tuesday as may be convenient to the parties, with permission of the court first being obtained.

      SO ORDERED, this the 5th day of January, 2015.

s/David Bramlette
UNITED STATES DISTRICT COURT JUDGE