```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      NORTHERN DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                                    CRIMINAL NO. 3:14-cr-93-DCB-FKB

JOE DALE WALKER                                              DEFENDANT

### ORDER TO EXTEND DATE TO SELF REPORT

BEFORE THE COURT is the Motion to Extend Date to Self Report by Defendant, Joe Dale Walker, by and through counsel, and the Court finds as follows:

I.

That this Court sentenced the Defendant to serve a term of five (5) months in the Bureau of Prisons, on or about the 8th day of January, 2015. At that time the Court entered its order allowing the Defendant to self report to the designated prison.

II.

That the Defendant's report date is February 17, 2015, at 12:00 noon. As of today's date the Defendant has not received any notice from the Bureau of Prisons as to the institution to which he is to self report.

III.

That the Defendant desires this Court enter its Order extending the self report date. That the U.S. Attorney's office does not object to the extension requested herein. The Court

finds the motion well taken and that it should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant Joe Dale Walker's date to report to the Bureau of Prisons designated institution be and the same is hereby extended to March 4, 2015, and notice is given to Defendant to report to the designated facility by 12:00 noon on said date.

SO ORDERED this the   17th   day of February, 2015.

                                       s/David Bramlette
                                   UNITED STATES DISTRICT JUDGE