IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL Nos.  3:14cr108DCB-FKB-001
                                                         3:14cr93DCB-FKB-001
CHAD TEATER
JOE DALE WALKER

## MOTION TO CORRECT VICTIM INFORMATION ON AMENDED JUDGMENT AND COMMITMENT ORDERS

    The United States of America, by and through the United States Probation Office, respectfully moves this Court to correct victim contact information in the Amended Judgment and Commitment Orders for the above defendants.

    As ground for the foregoing, the United States Probation Office received information from the United States Attorney's Office that indicated the victim's surname was incorrect in the Amended Judgment and Commitment Orders for the above defendants. In addition, the United States Attorney's Office advised any restitution monies received should go to a trust established for the victim, and provided the decree that established the trust, which is attached as an exhibit to this motion.

    The United States Probation Office is not seeking to amend the terms or payment schedule set by the Court in the Amended Judgment and Commitment Orders, but to correct the victim/payee information reflected in the judgments.

    The correct victim/payee information is as follows;

Victoria Newsome Special Needs Trust
c/o Trustee Richard Courtney, Esq.
P.O. Box 23126
Jackson, MS 39225-3126

    Therefore, the United States Probation officer respectfully requests its Motion to Correct Victim Information on Amended Judgment and Commitment Orders by granted.

    **RESPECTFULLY SUBMITTED,** this the 21st day of October, 2015.

UNITED STATES PROBATION OFFICE

CAROLYN M. ROMANO
CHIEF U.S. PROBATION OFFICER

By.: _Jamie V. Harrell_  Jamie V Harrell
                         2015.10.21 12:36:55 -05'00'

JAMIE V. HARRELL
United States Probation Officer
501 E. Court Street, Suite 1.550
Jackson, Mississippi 39201
(601) 608-4870

      Leave of Court is granted for the correction of the victim/payee name and address on Amended Judgment and Commitment Orders, as to Chad Teater, Docket Number 3:14cr108DCB-FKB-001, and Joe Dale Walker, Docket Number 3:14cr93DCB-FKB-001.

**SO ORDERED AND ADJUDGED** this the __22nd__ day of __October__, 2015

                                                ___s/David Bramlette_____
                                                THE HONORABLE DAVID C. BRAMLETTE III
                                                SENIOR UNITED STATES DISTRICT JUDGE